Argued and submitted April 30, affirmed June 10, 1998

STATE OF OREGON,
*Respondent,*

*v.*

WALTER GENE GHEER,
*Appellant.*

(96NB1017; CA A95958)

957 P2d 1227

Susan F. Drake, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

David J. Amesbury, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

Affirmed. *Delgado v. Souders*, 146 Or App 580, 934 P2d 1132, *rev allowed* 326 Or 43 (1997); *State v. Rangel*, 146 Or App 571, 934 P2d 1128, *rev allowed* 325 Or 367 (1997).